# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00531-CV

### M. D., Jr. and C. A., Appellants

**v.**

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 274TH DISTRICT COURT OF HAYS COUNTY**
**NO. 18-0752, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant C. A. filed her notice of appeal on November 5, 2020. The appellate record was complete on December 8, 2020, making appellant's brief due on December 28, 2020. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Carah Beth Bass to file appellant's brief no later than February 5, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on January 21, 2021.

Before Justices Goodwin, Triana, and Kelly